**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| BRENDA M. DUDEK AND MICHAEL H. DUDEK, | : No. 629 MAL 2016 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| THE CHESTER COUNTY HOSPITAL | : |
| AND HEALTH SYSTEM, DR. RICHARD | : |
| DONZE, D.O., MPH, DR. STEPHAINE | : |
| CICCARELLI, M.D., TERESE M. | : |
| WINKLER, "OTHER JOHN AND/OR | : |
| MARY DOE DOCTORS", DR. MARTYE L. | : |
| MARSHALL, M.D., NEIGHBORHOOD | : |
| HEALTH AGENCIES, INC., | : |
| NEIGHBORHOOD VISITING NURSES | : |
| ASSOCIATION, DEBBI TRAVERS, | : |
| NURSE, STEPHEN J. OLSEN, ESQUIRE | : |
| AND GAWTHROP GREEN WOOD, P.C., | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.